JUDGE LAUREL M. ISICOFF
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


SHENANIGANS IN THE COURT


When the FACE adversary case ended, 11 lawyers were standing in Judge Isicoff's Courtroom....8 for (Raymond G. Chambers) FACE, 3 for (Scutieri) Sundale------- **NOT ONE PERSON, NOT ONE**, had any doubt as to the outcome...so clear was the lopsided result that **all** of Chamber's New York and New Jersey Lawyers went directly to Miami Airport (shaking their heads) heading home without waiting to hear James Gassenheimer's Closing. So horrible was Gassenheimer's performance that David Roy (who stuck around) came up to me and apologized to me for what they had done.

**Three days later**, Chamber's lead counsel Jack Baughman (of Paul Weiss) called Alan Dimond and said "Ray and I are flying down in Ray's jet to settle this thing." "Gassenheimer has lost **all** credibility with us." "What will it take to settle this?" Alan Dimond's response, "We'll start at 420!" (420 Million). Jack's response, "We'll see you a week from Wednesday." **Interestingly** he didn't scoff or hesitate at the number. It is also curiously interesting to note: That Judge Isicoff took almost 11 months to ignore the undisputed facts by claiming she didn't believe "anyone"...and proceeded to turn this "bogus scam" into a "Loan".

Stunned as I was, I thought back to before the FACE trial began when "King Maker" Bob Josefsberg went well out of his way at Captain's Tavern Restaurant to approach Jacqui Simmons and me. He put his hand on my shoulder as we were having dinner and assure us that it was **"his turn."** Indicating "the fix is in!" He had been waiting to get his revenge for the S.E. Bank case for over 20 years. This coupled with "the following disturbing events" and recent revelation that Judge Isicoff's "tennis buddy" is James Gassenheimer's wife. A fact heretofore never revealed by this court is conspicuously concerning.


COURT CORRUPTION


Judge Isicoff, your court is not a 501-C3...It is very much a For Profit entity for the benefit of any attorney who is willing and able to play the game. It doesn't matter who's side their on, anyone can play provided they understand a Bankrupt (with money) is the helpless target. **Sadly your court has become a den of conniving thieves** likened to the Biblical Money Changers in the Temple. See below:

FOR YOUR HONOR'S INVESTIGATION

EXAMPLES:

1. **YOUR APPOINTED** "Trustee" Drew Dillsworth carried out a scheme with Peter Russin to divest me of my valuable Boat Slip. Just follow the money! So far the better part of $ 300,000 (Three Hundred Thousand Dollars) has been stolen.

2. **Mrs. Gassenheimer's husband James Gassenheimer** contemptuously concealed over 15,000 important documents from this court for more than 8 months.

   - More than 8 months after Gassenheimer's stonewall began Chambers New Jersey attorneys began producing the same requested documents to Peter Bennett in the New Jersey Defamation case **that didn't exist in the FACE case**. The record will clearly show Gassenheimer perjured himself and was assisted by you in the cover-up.

   - When you reared up... pointed your finger at Peter Russin and demanded "Are you saying that James Gassenheimer is lying?" A clear signal for him to "back off"....and so he did. Had Russin had the courage to serve his client rather than the "system" the case should have ended there. Any reasonable court of competent jurisdiction would most likely have summarily dismissed the FACE case because of their egregious contempt... But not here...
   At the next hearing you stepped in and covered Gassenheimer's lie by explaining away the issue. Passing off the "newly discovered New Jersey evidence" as merely documents needed in the New Jersey case not the FACE case which was not the case at all. They were precisely the same documents we had requested and needed for over 8 months and were told by James Gassenheimer they did not exist.

   - **We all knew** that Gassenheimer was lying (6 attorneys-including those in NJ and FLA and myself)

   **GASSENHEIMER WAS FINALLY CAUGHT!!!**
   but not in your court!

   We were all completely stunned!!! Alan Dimond and I were speechless!!! This should have completely changed the course of events!

2

3.  In another devious fraud (specifically against my wishes) Peter Russin, with Gregg Grossman and Ocean Bank (with help from a prior court ruling) designed a scheme to add Five Million Dollars to the debt then sold the Note at a discount leaving more than Five Million Dollars (on my back) to share among themselves.

> TO BE DISCUSSED IN A LETTER TO FOLLOW.

For information purposes only:  The following is not meant to be threatening but only a good faith illustration of how Court Shenanigans may spin out of control and have a life of their own.

- In 1991 I went before the United States Congress to resolve an injustice. The result was a notable success. One of your colleagues had "secret undisclosed lines of credit" with my adversary (Southeast Bank) before, during and after the trial.  His accounts were left delinquent for (9 months) for 2 concurrent years.  When he was asked by motion to recuse himself, he altered the motion…and switched the signature pages (tantamount to forging my name) without my knowledge or consent.  I could easily have brought public attention to your colleague's Shenanigans…but for 20 years I chose not to discuss it…preferring to let sleeping dogs lie… If the whole story was told…the world would know why and how Shenanigans in the court and my persistence brought down Southeast (THE NATION'S 6th Largest Bank).

- In the interest of fair play and to avoid any possible appearance of impropriety…I respectfully request this court withdraw its recommendations in the FACE and OCEAN Bank cases, reverse it's current findings and recuse itself.

  I further urge this court before recusal to take whatever other appropriate measures are required to fully restore my opportunity to a fair JURY TRIAL in the FACE case and allow the court to decide if OCEAN BANK may be a trial by jury.

I SIMPLY WANT A "LEVEL PLAYING FIELD" FREE OF
ANYONE'S FINGERPRINTS!!!

Sincerely,

Philip Scutieri Jr.

3