

**ORDERED in the Southern District of Florida on February 13, 2012.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No. 07-21016-BKC-LMI |
| SUNDALE, LTD., | Chapter 11 |
| Debtor(s)._____/ | |
| FLORIDA ASSOCIATES CAPITAL ENTERPRISES, LLC, | Adv. Case No. 08-1312-BKC-LMI |
| Plaintiff, | |
| v. | |
| SUNDALE, LTD., | |
| Defendants._____/ | |

### ORDER GRANTING REQUEST FOR RECUSAL

THIS CAUSE came before the Court for hearing on February 8, 2012, upon Philip J. Scutieri Jr.'s Request for Recusal[1], (ECF # 606). Based on the reasons stated on the record, the Court has determined it is appropriate that she recuse herself from the main bankruptcy case and related adversary proceeding. Accordingly,

---

[1] Mr. Scutieri's request in the form of a letter was filed by the Court, not Mr. Scutieri, and characterized by the Court as a Motion to Recuse based on the nature of the relief requested at the conclusion of the letter.

Adv. Case No. 08-1312-BKC-LMI

Philip J. Scutieri Jr.'s request for recusal is **GRANTED.** The Clerk of the Court is directed to reassign this adversary proceeding and related main case. A separate order has been entered in the main case as well.

###

*The Clerk of Court shall serve a conformed copy of this order upon all parties in interest.*